Hand-Delivered

FILED
CHARLOTTE, NC

FEB 20 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Zachary Strong
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Shelter Plus Care
Mecklenburg Co.
Kenya Dawson
Madeline Thomas
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)
Sterling Randall

Case No. 3:24-cv-188-FDW
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Zachary Strong
- Address: 1443 Academy St.
  - City: Charlotte
  - State: NC
  - Zip Code: 28205
- County: Mecklenburg County
- Telephone Number: 980 293 6963
- E-Mail Address: StrongZiggy@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Kenya Dawson
- Job or Title (if known): Shelter Plus Care Supervisor
- Address: 3205 Freedom dr Suite 2000
  - City: Charlotte
  - State: NC
  - Zip Code: 28208
- County: Mecklenburg County
- Telephone Number: 704-432-7233
- E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Madeline Thomas
- Job or Title (if known): Shelter Plus Care Case Coordinator
- Address: 3205 Freedom dr Suite 2000
  - City: Charlotte
  - State: NC
  - Zip Code: 28208
- County: Mecklenburg County
- Telephone Number: 704-432-7233
- E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

Page 2 of 6

Case 3:24-cv-00188-FDW-SCR   Document 1   Filed 02/20/24   Page 2 of 6

Defendant No. 3
Name: Sterling Randall
Job or Title (if known): Shelter Plus Care Case Mgr.
Address: 3205 Freedom dr
City: Charlotte   State: NC   Zip Code: 28208
County: Mecklenburg County
Telephone Number: 704-432-7233
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:
City   State   Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment rights violation of due process, deprivation of my right and Priviledges

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Kenya Dawson, Madeline Thomas and Sterling Randall all represented Shelter Plus Care a Mecklenburg Co. entity

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Kenya Dawson was responsible for giving damaging info to to the review committee to ensure my dismissal from the SPC program. She also refused me a case Mgr.

B. What date and approximate time did the events giving rise to your claim(s) occur?

These events took place in February 2022 I then found out after February that she had refused to issue my voucher Payment. I request my file over a month ago.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My Eviction by landlord was under appeal when Kenya moved forward with my discharge while a final decision had not been made, I have a recording of St. Johns housing stating they can't take me because SPC pays the money also stating sir I can't make SPC pay your Rent.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My damage was being made homeless by Kenya Dawson purposely sabotaging my housing search and ripping the appeal. She violated my rigts. By sharing negativ info to the appeal commitee after refusing to allow me to recind SPC's right to share my information. She told me it expired in a week/month.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

As Shelter Plus Care controls Basically most of the money for Permanent supportive housing and are trying to black ball me Leaving me permently homeless. I can only estimate around $750,000 to house me until. I am disabled I was previously paralyzed

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 19, 2024

Signature of Plaintiff: *Zachary B Strong*

Printed Name of Plaintiff: Zachary Strong

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____