# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Zachary Strong**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00188-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Shelter Plus Care | ) | |
| Mecklenburg County | ) | |
| Megan Coffey | ) | |
| Kenya Dawson | ) | |
| Lakika Marshall | ) | |
| Madeline Thomas | ) | |
| Sterling Randall**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 26, 2024 Order.

June 26, 2024

*Katherine Hord Simon, Clerk*
United States District Court